Case 2:26-cv-01820-DJC-AC    Document 4    Filed 05/28/26    Page 1 of 2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN CURTIS-SHANLEY, | No. 2:26-cv-1820 DJC AC PS |
| Plaintiff, | |
| v. | ORDER |
| DIGNITY HEALTH, | |
| Defendant. | |

Plaintiff is proceeding in this action in pro se.  On May 14, 2026, defendant removed the case from state court, noting that plaintiff's complaint, which was filed on January 5, 2026 and served on defendant on April 14, 2026, raised a federal cause of action.  ECF No. 1 at 2-3.  No action has been taken in this case since removal.

Federal Rule of Civil Procedure 81(c)(2) states that a "defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed."  All of these periods have passed, and defendant has not filed an answer or otherwise responded to the operative complaint.

Good cause appearing, IT IS HEREBY ORDERED that defendant shall show cause, in

1

writing, within 14 days, why the failure to file an answer or other response to the complaint should not result in monetary sanctions.  The filing of appropriate documents within this timeframe will serve as cause and will discharge this order.  If defendant fails to respond, the court will issue sanctions pursuant to Local Civil Rule 110.

        IT IS SO ORDERED.

DATED: May 28, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE