UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN CURTIS-SHANLEY, | No.  2:26-cv-1820 DJC AC |
| Plaintiff, | |
| v. | ORDER |
| DIGNITY HEALTH, | |
| Defendant. | |

This case was removed to federal court by defendant on May 14, 2026.  ECF No. 1. Plaintiff is proceeding in pro se, and pre-trial proceedings are accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  Plaintiff filed an application to proceed in forma pauperis, meaning without paying filing fees.  ECF No. 6.  Because this case was removed by defendant, plaintiff is not responsible for the filing fees.  Accordingly, the motion to proceed in forma pauperis (ECF No. 6) is DENIED as MOOT.

The court is also in receipt of plaintiff's request to participate in electronic filing pursuant to Local Rule 133.  ECF No. 7.  The court has reviewed the filing and DENIES the motion in part.  Although the Eastern District of California is an electronic management/filing district, unrepresented persons are required to file and serve paper documents unless the assigned District Judge or Magistrate Judge grants leave to utilize electronic filing.  L.R. 133(a), (b)(2).

Although the motion is DENIED with respect to utilizing the CM/ECF system to file

documents, and plaintiff must continue to file paper documents with the Court through conventional means, the motion is GRANTED with respect to electronic service of documents. Plaintiff provided the court with the following email address in his motion for electronic filing: Iaincurtisshanle@aol.com.  ECF No. 7 at 1; see also, ECF No. 1 at 9.

The Clerk is DIRECTED to configure plaintiff's account so that plaintiff will receive immediate email notifications when documents are filed in the case.  Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

IT IS SO ORDERED.

DATED: June 2, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE