UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN CURTIS-SHANLEY,<br>Plaintiffs,<br>v.<br>DIGNITY HEALTH,<br>Defendant. | No. 2:26-cv-1820 DJC AC PS<br><br>ORDER |

Plaintiff is proceeding in this action pro se. The action was accordingly referred to the undersigned by Local Rule 302(c)(21). On August 28, 2026, defendant filed a motion to dismiss. ECF No. 17. Plaintiff has not responded to the motion. The court is concerned that plaintiff has abandoned this case.

Local Rule 230(c) provides that opposition to the granting of a motion must be filed fourteen days after the motion is filed. The Local Rule further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if written opposition to the motion has not been timely filed by that party." In addition, Local Rule 230(j) provides that failure to appear may be deemed withdrawal of opposition to the motion or may result in sanctions. Finally, Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Good cause appearing, IT IS HEREBY ORDERED that the hearing currently scheduled for October 14, 2026 is VACATED. Plaintiff is ORDERED to file an opposition or statement of non-opposition in response to the motion to dismiss within fourteen (14) days of this order. Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: September 15, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE